UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2020 FEB .6  PM 12: 43

US DISTRICT COURT
MIDDLE

JOHN DEATHERAGE,

    Plaintiff,

v.                                                Case No:  6:20-cv-156-Orl-41GJK

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____  IS        related to pending or closed civil or criminal case(s) previously filed in this
                   Court, or any other Federal or State court, or administrative agency as
                   indicated below:

                   _____
                   _____
                   _____
                   _____

___✓___  IS NOT    related to any pending or closed civil or criminal case filed with this Court,
                   or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon
each party no later than fourteen days after appearance of the party.

Dated:  2/6/20

_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]

    706 Palmer St.
    Orlando, FL. 32801
    (716) 830-0118

Page 3 of 3