FILED

2020 FEB . 6  PM 12: 44

1  John Deatherage
2  706 Palmer St.
3  Orlando, FL  32801
4  (716) 830-0118
5  Plaintiff in Pro Per
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **MIDDLE DISTRICT OF FLORIDA**
10

11  John Deatherage,                          Case No.: 6:20-cv-156-Orl-41GJK
12              Plaintiff,                     **Plaintiff's Certificate of Interested**
13       vs.                                   **Persons and Corporate Disclosure**
14  EXPERIAN INFORMATION                       **Statement**
15  SOLUTIONS, INC.,
16              Defendant.

17
18  COMES NOW, Plaintiff, John Deatherage, ("Plaintiff"), a Pro Se, files herewith
19  Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement,
20  pursuant to the Court's INTERESTED PERSONS ORDER FOR CIVIL CASES
21  (Dkt. 4).
22
23       I hereby disclose the following pursuant to this Court's Interested persons
24  order:
25
26  1.)    The name of each person, attorney, association of persons, firm, law firm,
27  partnership, and corporation that has or may have an interest in the outcome of this
28  action – including subsidiaries, conglomerates, affiliates, parent corporations,

                    Plaintiff's Certificate of Interested Persons

publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

> John Deatherage, Plaintiff, an individual
>
> Experian Information Solutions, Inc., an Ohio corporation, Defendant
>
> Experian Holdings, Inc., a Delaware corporation, parent of Defendant
>
> Experian plc, a public limited company, parent of Experian Holdings, Inc.

2.)   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> None

3.)   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

> None

4.)   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

> John Deatherage

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning

**Plaintiff's Certificate of Interested Persons**

1   of any such conflict.

2

3

4   Date: 2/6/20                    Respectfully submitted by:

5

6

7                                   John Deatherage, Plaintiff

8                                   In Pro Per
                                    706 Palmer St.
9                                   Orlando, FL  32801
                                    (716) 830-0118
10
                                    jdeatherage02@gmail.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Certificate of Interested Persons