UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Orlando Division)
Case Number: 6:20-CV-00156-CEM-GJK

JOHN DEATHERAGE,

     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

     Defendants.

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

          IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

  X    IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER

ACTIONS upon each party no later than fourteen days after appearance of the party.

        Respectfully submitted;

        /s/ *Maria H. Ruiz*
        Maria H. Ruiz (Florida Bar No. 182923)
        MRuiz@kasowitz.com
        KASOWITZ BENSON TORRES LLP
        1441 Brickell Avenue, Suite 1420
        Miami, Florida, 33131
        (786) 587-1044 (t) / (305) 675-2601 (f)
        *Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2020, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served

on the Plaintiff  via United States mail as listed below:

Mr. John Deatherage
706 Palmer Street
Orlando, FL  32801

/s/*Maria H. Ruiz*
Maria H. Ruiz