UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Orlando Division)
Case Number: 6:20-CV-00156-CEM-GJK

JOHN DEATHERAGE,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Experian Information Solutions, Inc. submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

**1.** **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    a.    Plaintiff John Deatherage;

    b.    Defendant Experian Information Solutions, Inc. ("Experian"). The ultimate parent company of Experian is Experian plc. Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange. The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

        i.    Central Source LLC

        ii.    Online Data Exchange LLC

        iii.     New Management Services LLC

        iv.     VantageScore Solutions LLC

        v.     Opt-Out Services LLC

    c.    Maria H. Ruiz, Kasowitz Benson Torres, LLP, counsel for Defendant Experian.

**2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known at this time.

**3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time.

**4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

None known at this time.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted;

/s/ *Maria H. Ruiz*

Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL  33131
Telephone:  (786) 587-1044
Facsimile:  (305) 675-2601

*Attorney for Defendant*
*Experian Information Solutions, Inc*.

## CERTIFICATE OF SERVICE

**I hereby certify** that on March 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on the Plaintiff via United States mail as listed below:

Mr. John Deatherage
706 Palmer Street
Orlando, FL  32801

/s/ *Maria H. Ruiz*
Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
*Attorney for Defendant*
*Experian Information Solutions, Inc*.