FILED

2020 MAR -6  AM 10: 05

John Deatherage
706 Palmer St.
Orlando, FL  32801
(716) 830-0118
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| John Deatherage, | Case No.: 6:20-cv-156-ORL-41GJK |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE TO MEET** |
| vs. | **AND CONFER REGARDING** |
| EXPERIAN INFORMATION | **INSUFFICIENCY OF** |
| SOLUTIONS, INC., | **DEFENDANT'S ANSWER** |
| Defendant. | Local Rule 3.01(g) |

## NOTICE TO THE COURT AND TO DEFENDANT EXPERIAN

COMES NOW, Plaintiff, John Deatherage, ("Plaintiff"), a Pro Se, hereby files NOTICE pursuant to Local Rule 3.01(g) to meet and confer with opposing counsel prior to filing a motion.

Plaintiff filed his complaint for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq. on January 30, 2020 (Dkt. 1).

The Court issued an ORDER for parties to follow the rules, and that failing to follow the rules could result in a dismissal or default judgment, and sanctions (Dkt. 5).

1  Plaintiff held a telephonic conference call on Monday, March 2, 2020 at
2  approximately 2:30pm with opposing counsel, Maria H. Ruiz ("Ms. Ruiz") a
3  partner from the law firm KASOWITZ BENSON TORRES LLP, and co-counsel
4  Kimberly A. Carabotta ("Ms. Carabotta"), associate from the law firm JONES
5  DAY, both of whom represent defendant Experian.

   The parties briefly discussed the causes of action in the complaint and the timeline logistics for the joint case management report [F.R.Civ.P. 26(f)].

   Neither Ms. Ruiz nor Ms. Carabotta requested Plaintiff for an extension of time to respond to the complaint, which if requested Plaintiff would **not** have opposed. Also, neither Ms. Ruiz nor Ms. Carabotta filed with the Court for an extension of time to answer the complaint.

   Ms. Ruiz filed an ANSWER on March 3, 2020, on the date due (Dkt. 11). Plaintiff has reviewed the responsive pleading, and found it littered with deficiencies and in alleged non-compliance with the rules.

   WHEREFORE, based on the foregoing, Plaintiff attaches herewith a NOTICE to counsel to meet and confer pursuant to Local Rule 3.01(g) regarding the deficiencies **prior** to Plaintiff filing a MOTION TO STRIKE. (See "Exhibit A"). (Emphasis added).

Date: 3/6/20

Respectfully submitted by:

_/s/ John Deatherage_

John Deatherage, Plaintiff
In Pro Per
706 Palmer St.
Orlando, FL 32801
(716) 830-0118
jdeatherage02@gmail.com

## CERTIFICATE OF SERVICE

I, John Deatherage, Plaintiff, hereby certify that I filed the foregoing document with the clerk of the Court and sent a copy to counsel below via first class mail, postage prepaid.

Maria H. Ruiz (Florida Bar No. 182923)
MRuiz@kasowitz.com
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
(786) 587-1044
*Counsel for Defendant Experian Information Solutions, Inc.*

John Deatherage, Plaintiff
In Pro Per
706 Palmer St.
Orlando, FL 32801
(716) 830-0118
jdeatherage02@gmail.com