John Deatherage
706 Palmer St.
Orlando, FL 32801
(716) 830-0118
Plaintiff in Pro Per

2020 MAR -9 AM 10: 25   FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| John Deatherage,<br>　　　Plaintiff,<br>vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　　Defendant. | Case No.: 6:20-cv-156-ORL-41GJK<br>**PLAINTIFF'S SUPPLEMENTAL NOTICE TO MEET AND CONFER REGARDING INSUFFICIENCY OF DEFENDANT'S ANSWER**<br>**Local Rule 3.01(g)** |

### NOTICE TO THE COURT AND TO DEFENDANT EXPERIAN

COMES NOW, Plaintiff, John Deatherage, ("Plaintiff"), a Pro Se, hereby files SUPPLEMENTAL NOTICE to meet and confer with opposing counsel prior to filing a MOTION TO STRIKE.

Plaintiff filed a MEET AND CONFER NOTICE on March 6 (Dkt. 12). Plaintiff left out from the MEET AND CONFER LETTER (Dkt. 12-1) another affirmative defense that Plaintiff plans to strike: Defendant's FIRST AFFIRMATIVE DEFENSE (Failure to State a Claim). Plaintiff, being Pro Se, claims excusable neglect for not including it in his NOTICE to opposing counsel.

Plaintiff incorporates by reference Dkt. entries 12 and 12-1, respectively. Plaintiff now provides opposing counsel fair notice of his intention to strike Defendant Experian's FIRST AFFIRMATIVE DEFENSE by attaching herewith an ORDER from the Honorable United States Senior District Judge Paul C. Huck from the Southern District (See "Exhibit A"), and a NOTICE OF WITHDRAWAL from Ms. Ruiz (See "Exhibit B").

Judge Huck's "General Advocacy" statement says the following in relevant part: "Judges do not like surprises! Anticipate potential problems, issues or changes in circumstances, **discuss them beforehand with opposing counsel in a good-faith attempt to resolve them…**"[1] (Emphasis added).

WHEREFORE, based on the foregoing, Plaintiff supplements the prior NOTICE to MEET AND CONFER, so that there will be "no surprises" for Experian, its counsel and for this Honorable Court in the Middle District.

Date: 3/9/20         Respectfully submitted by:

John Deatherage, Plaintiff
In Pro Per
706 Palmer St.
Orlando, FL 32801
(716) 830-0118
jdeatherage02@gmail.com

---

[1] https://www.flsd.uscourts.gov/content/senior-judge-paul-c-huck

**Supplemental Notice to Meet and Confer**

## CERTIFICATE OF SERVICE

I, John Deatherage, Plaintiff, hereby certify that I filed the foregoing document with the clerk of the Court and sent a copy to counsel below via first class mail, postage prepaid.

Maria H. Ruiz (Florida Bar No. 182923)
MRuiz@kasowitz.com
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
(786) 587-1044
*Counsel for Defendant Experian Information Solutions, Inc.*

_____
John Deatherage, Plaintiff
In Pro Per
706 Palmer St.
Orlando, FL 32801
(716) 830-0118
jdeatherage02@gmail.com

Supplemental Notice to Meet and Confer