# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-CV-24177-Huck/O'Sullivan

| | |
|---|---|
| RANDY THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSE NUMBER ONE**

Experian Information Solutions, Inc., ("Experian") hereby withdraws its First Affirmative Defense[1], which is set forth in Experian's Answer to the Complaint (DE 4) pursuant to the Court's December 16, 2013 Order (DE 9). Experian files this Notice of Withdrawal without prejudice to any of the remaining affirmative defenses asserted in response to Plaintiff's Complaint.

Respectfully submitted,

*/s/ Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No.: 182923
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Tel. (786) 587-1044 / Fax (305) 675-2601
MRuiz@kasowitz.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

---

[1] "The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian."

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the persons listed below via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

Matthew J. Militzok, Esq.
Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021

Attorney for Plaintiff

/s/Maria H. Ruiz
Counsel for Defendant