UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DEATHERAGE,

    Plaintiff,

v.      Case No:   6:20-cv-156-Orl-41GJK

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

## ORDER

Experian's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Strike (Doc. 17), is **GRANTED**. Experian has through April 17, 2020 to respond to the motion to strike.

**DONE** and **ORDERED** in Orlando, Florida on April 6, 2020.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties