UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Orlando Division)
Case Number: 6:20-CV-00156-CEM-GJK

JOHN DEATHERAGE,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

## AGREED MOTION FOR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE

Defendant, Experian Information Solutions, Inc. ("Experian"), respectfully requests an order referring this matter for a settlement conference before The Honorable Gregory J. Kelly, United States Magistrate Judge, or any other available Magistrate Judge in the Middle District of Florida, and states as follows.

As set forth in the parties' Case Management Report (ECF No. 19, p. 10), during their Case Management Conference, plaintiff, who is appearing in this action *pro se*, and Experian agreed to request a settlement conference before a United States Magistrate. While the parties agreed to a mediator and mediation deadline as required by the Court's form Case Management Report, the parties agree that there is some possibility of early

settlement with the skilled intervention of a Magistrate Judge. Experian therefore respectfully requests an early settlement conference before a Magistrate Judge.[1]

**L.R. 3.01(g) certification.** Pursuant to Local Rule 3.01(g), the parties' conferred and all parties agree to the relief sought herein.

WHEREFORE, Experian respectfully requests that the Court enter an Order authorizing Magistrate Judge Kelly (or another available Magistrate Judge) to conduct a settlement conference with the parties, at such time as the Magistrate Judge may determine.

/s/ *Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL  33131
Telephone:  (786) 587-1044
Facsimile:  (305) 675-2601

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

---

[1] Given travel restrictions and social distancing guidelines caused by the COVID-19 pandemic, Experian respectfully requests that the settlement conference occur when in-person attendance is safe.

## CERTIFICATE OF SERVICE

**I hereby certify** that on April 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on the Plaintiff via United States mail as set forth below.

Mr. John Deatherage
706 Palmer Street
Orlando, FL  32801

/s/ *Maria H. Ruiz*

Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
*Attorney for Defendant*
*Experian Information Solutions, Inc*.