UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Orlando Division)
Case Number: 6:20-CV-00156-CEM-GJK

JOHN DEATHERAGE,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

## RULE 9.05(a) REPORT OF AGREEABLE ALTERNATE MEDIATION DATES

Undersigned counsel, pursuant to Middle District of Florida Local Rule 9.05(a) and this Court's Case Management and Scheduling Order (ECF No. 20), provides the following report to the Court indicating the parties' "agreeable alternate mediation conference dates."

The parties and the mediator, Carolyn Alvarez, Esq., agree to mediate this matter on March 4, 2021, in Orlando, Florida. The parties and the mediator are also available to mediate on March 9, 2021, March 10, 2021, and March 11, 2021, in Orlando, Florida.

Experian respectfully requests use of Court facilities for the mediation, if available, but will otherwise reserve space at a local court reporter's office for the mediation.

/s/ *Maria H. Ruiz*
Maria H. Ruiz
Florida Bar Number 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL  33131
(786) 587-1044
Fax:  (305) 675-2601
***Attorney for Defendant***
***Experian Information Solutions, Inc.***

## CERTIFICATE OF SERVICE

**I hereby certify** that on April 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on the Plaintiff via United States mail as set forth below.

Mr. John Deatherage
706 Palmer Street
Orlando, FL  32801

/s/ *Maria H. Ruiz*
Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
*Attorney for Defendant*
*Experian Information Solutions, Inc.*