# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHN DEATHERAGE,**

      **Plaintiff,**

**v.**                                                Case No:  6:20-cv-156-Orl-41GJK

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

      **Defendant.**

## ORDER

This case has been referred to the undersigned for a settlement conference.  Doc. 23.  **On or before May 15, 2019**, the parties shall file a joint notice proposing at least three dates that the parties find mutually agreeable for the settlement conference.

**DONE AND ORDERED** in Orlando, Florida on April 15, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties