# EXHIBIT 1

# Maria H. Ruiz

| | |
|---|---|
| **From:** | Maria H. Ruiz |
| **Sent:** | Thursday, March 19, 2020 3:01 PM |
| **To:** | 'John Deatherage' |
| **Cc:** | Carabotta, Kimberly A. |
| **Subject:** | Deatherage v. Experian |
| | |
| **Categories:** | DM, #MIA : 3690091 |

Hi Mr. Deatherage.  Given the disruptions caused by COVID-19-related closures, we will need a bit more time to file Experian's Amended Answer and Affirmative Defenses.  We will be filing it by our deadline on March 24, 2020.  To the extent you feel you need an extension of time to file your anticipated motion to strike based on Experian's filing its Amended Answer, Experian consents to a reasonable extension for you to do so.

Best,
Maria