UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Orlando Division)
Case Number: 6:20-CV-00156-CEM-GJK

JOHN DEATHERAGE,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

## JOINT NOTICE OF PROPOSED SETTLEMENT CONFERENCE DATES

Pursuant to the Court's April 15, 2020 Order (ECF No. 26), Plaintiff, John Deatherage and Experian Information Solutions, Inc. ("Experian") advise the Court that the parties have conferred and are mutually available on August 4, 5, or 7, 2020 for the settlement conference before the Honorable Daniel C. Irick. Given other commitments, Experian respectfully requests that the settlement conference be scheduled for August 5, 2020 or August 7, 2020.

| /s/ *John Deatherage* | /s/ *Maria H. Ruiz*\* |
|---|---|
| John Deatherage | Maria H. Ruiz |
| 706 Palmer Street | Florida Bar No. 182923 |
| Orlando, FL 32801 | KASOWITZ BENSON TORRES LLP |
| | 1441 Brickell Avenue, Suite 1420 |
| Plaintiff, *pro se* | Miami, FL 33131 |
| | Telephone: (786) 587-1044 |
| | Facsimile: (305) 675-2601 |
| | *Attorney for Defendant* |
| | *Experian Information Solutions, Inc.* |

\* Electronically filed by Maria H. Ruiz with Plaintiff's express consent.

## CERTIFICATE OF SERVICE

**I hereby certify** that on April 22, 2020, that the foregoing document is being served on the Plaintiff via United States mail as listed below:

Mr. John Deatherage
706 Palmer Street
Orlando, FL  32801

/s/ *Maria H. Ruiz*
Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
*Attorney for Defendant*
*Experian Information Solutions, Inc.*