FILED

2020 APR 21  PM 1: 26

CLERK. US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

1  John Deatherage
2  706 Palmer St.
3  Orlando, FL  32801
4  (716) 830-0118
5  Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| John Deatherage,<br>　　　　Plaintiff,<br>　　vs.<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>　　　　Defendant. | Case No.: 6-20-cv-156-ORL-41GJK<br>**MOTION REQUESTING LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**<br>**Local Rule 3.01(c)** |

COMES NOW, Plaintiff, John Deatherage, ("Plaintiff"), a Pro Se, brings forth his REQUEST FOR LEAVE to file a REPLY to Defendant's recently filed document titled "EXPERIAN'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES AS NON-RESPONSIVE AND INSUFFICIENT." (Dkt. 27).

### Local Rule 3.01(c)

In its plain language, Local Rule 3.01(c) states "No party shall file any reply or further memorandum directed to the motion or response allowed in (a) or (b)

**REQUEST TO FILE REPLY TO OPPOSITION TO MOTION TO STRIKE**

**unless the Court grants leave**." (Emphasis added).

Under Local Rule 3.01(d), "A motion requesting leave to file either a motion in excess of twenty-five (25) pages, a response in excess of twenty (20) pages, or a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion, response, reply, or other paper."

On April 3, 2020, Defendant Experian filed a document titled "EXPERIAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE." (Dkt. 17).

Although the motion was "unopposed," counsel claimed that "Experian wrote to Plaintiff, explained that Experian's Amended Answer rendered the Motion to Strike moot, and asked if Plaintiff would agree to withdraw his Motion to Strike." (See Dkt. 17, pg. 2, ¶ 3).

Apparently, Ms. Ruiz was attempting to convey to Plaintiff, a Pro Se, that a B.A.R. appointed attorney can render a motion to strike moot via e-mail, while at the same time ask the Court for an extension of time to file an opposition.

On April 6, 2020, the Court GRANTED Experian the extension of time to file its Response in Opposition to Plaintiff's MOTION TO STRIKE. (Dkt. 18).

On April 27, 2020, Experian filed its response in opposition to Plaintiff's MOTION TO STRIKE. (Dkt. 27). Experian also attached two Exhibits (Dkt. 27-1 and 27-2).

Plaintiff's e-mail to counsel dated April 2, 2020 speaks for itself (See Dkt. 27-2, page 2, e-mail from Plaintiff to Ms. Ruiz), whereby,

1. Plaintiff informed counsel that the amended answer did not address all of the paragraphs and affirmative defenses.
2. Plaintiff has not "agreed" to the contents of the amended answer.
3. Plaintiff informed counsel that the presiding Judge or Magistrate determines whether "the Motion to Strike is therefore moot."

4. Plaintiff would not be withdrawing his Motion to Strike.

5. Plaintiff may "**file a reply to any opposition to the Motion to Strike after seeking leave from the Court.**" (Emphasis added).

Plaintiff now seeks leave from this Honorable Court to file a REPLY to the issues raised by Experian in its opposition, including the remaining disputed paragraphs which Experian failed to properly ANSWER, and the remaining THREE affirmative defenses, which Experian refused to withdraw. Plaintiff proposes that the REPLY shall not exceed fifteen (15) pages.

WHEREFORE, based on all of the foregoing, Plaintiff requests leave from the Court to file his REPLY by a specific time period as determined by the Court, so that the Court can rule on the merits of the parties' respective motions.

Date: 4/21/20                         Respectfully submitted by:

/s/ John Deatherage

John Deatherage, Plaintiff
In Pro Per
706 Palmer St.
Orlando, FL 32801
(716) 830-0118
jdeatherage02@gmail.com

**REQUEST TO FILE REPLY TO OPPOSITION TO MOTION TO STRIKE**

## CERTIFICATE OF SERVICE

I, John Deatherage, Plaintiff, hereby certify that I filed the foregoing document with the clerk of the Court via its drop box, and sent a copy to counsel below via first class mail, postage prepaid.

Maria H. Ruiz (Florida Bar No. 182923)
MRuiz@kasowitz.com
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
(786) 587-1044
*Counsel for Defendant Experian Information Solutions, Inc.*

/s/ John Deatherage
John Deatherage, Plaintiff
In Pro Per
706 Palmer St.
Orlando, FL 32801
(716) 830-0118
jdeatherage02@gmail.com

REQUEST TO FILE REPLY TO OPPOSITION TO MOTION TO STRIKE