# EXHIBIT A

## Record of requests for your credit history
We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared with others
This section lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. These inquiries are shared with companies that receive your credit history. Examples of inquiries shared with others include: a real estate loan, a home mortgage loan, an auto loan, an application for credit.

**PERFORMANT FINANCIAL CORP** 333 N CANYON PKWY LIVERMORE CA 94551 (541) 955 7800 **Date 02/26/18 Reason** Unspecified. This inquiry is scheduled to continue on record until Mar 2020.

### Inquiries shared only with you
These inquiries DO NOT affect your credit score and are not seen by anyone but you, except: (1) insurance companies may be able to see other insurance company inquiries; and (2) inquiries by debt settlement companies you have authorized to access your report, may be shared with your current creditors.
You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others. We offer credit information about you to those with a permissible purpose, such as: other creditors who want to offer you preapproved credit, an employer who wishes to extend an offer of employment, a potential investor in assessing the risk of a current obligation, Experian Consumer Assistance to process a report for you, your current creditors to monitor your accounts (date listed may reflect only the most recent request), an end user to complete your mortgage loan application, insurance underwriting (auto or home).

# EXHIBIT B

John Deatherage
706 Palmer St.
Orlando, FL. 32801

Experian                                                                                          9/26/19
PO Box 9701
Allen, TX 75013

Certified Mail #   7016 3560 0000 2090 1648

RE: Performant Financial Corp


To Whom It May Concern:

I reviewed a copy of my credit report and Performant Financial Corp ran an unauthorized credit inquiry
on me on February 26, 2018.

I never authorized such action and this constitutes a violation of my rights under the Fair Credit
Reporting Act §604 as well as a violation of my rights to privacy.  I hereby demand that you delete this
inquiry **it was unauthorized.**  This is a violation of the FCRA , to report it.

I am requesting an updated copy of my credit report, which should be sent to the address listed below.
According to the provisions of  § 612 [15 USC § 1681j], there should be no charge for this report.

If you have any questions or need additional information, please contact me at address listed above.

Thank you.


Sincerely,

John Deatherage


Enclosures : Copy of SS card, copy of FL drivers license, copy of  Inquiry

# EXHIBIT C

# USPS Tracking®

Track Another Package **+**

**Tracking Number:** 70163560000020961648                    Remove ✕

Your item was delivered at 11:01 am on October 5, 2019 in ALLEN, TX 75013.

## ✓ Delivered

October 5, 2019 at 11:01 am
Delivered
ALLEN, TX 75013

Feedback

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# EXHIBIT D

John Deatherage
706 Palmer St.
Orlando, FL. 32801

Experian
PO Box 9701                                                          11/14/19
Allen, TX 75013

Registered Mail # RE 276 055 282 US

RE: Performant Financial Corp.

### Second Attempt to Investigate an Unauthorized Inquiry

To Whom It May Concern:

I reviewed a copy of my credit report and Performant Financial Corp. ran an unauthorized credit inquiry on me on February 26, 2018. This is my second attempt to dispute this Inquiry. The first attempt received no response which is a violation of FRCA.

I never authorized such action and this constitutes a violation of my rights under the Fair Credit Reporting Act §604 as well as a violation of my rights to privacy. I hereby demand that you delete this inquiry **it was unauthorized.** This is a violation of the FCRA , to report it.

I am requesting an updated copy of my credit report, which should be sent to the address listed below. According to the provisions of § 612 [15 USC § 1681j], there should be no charge for this report.

If you have any questions or need additional information, please contact me at address listed above.

Thank you.

Sincerely,

John Deatherage

Enclosures : Copy of SS card, copy of FL drivers license, copy of Inquiry