# EXHIBIT E

# USPS Tracking®

## Track Another Package +

**Tracking Number:** RE276055282US

Remove ✕

Your item was delivered at 1:12 pm on November 23, 2019 in ALLEN, TX 75013.

## ✅ Delivered

November 23, 2019 at 1:12 pm
Delivered
ALLEN, TX 75013

Feedback

---

**Tracking History** ⌄

---

**Product Information** ⌃

**Postal Product:**
First-Class Mail®

**Features:**
Registered Mail™

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# EXHIBIT F

## Record of requests for your credit history
We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared with others
This section lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. These inquiries are shared with companies that receive your credit history. Examples of inquiries shared with others include: a real estate loan, a home mortgage loan, an auto loan, an application for credit.

**PERFORMANT FINANCIAL CORP** 333 N CANYON PKWY LIVERMORE CA 94551 (541) 955 7800 **Date 08/28/19 Reason** Unspecified. This inquiry is scheduled to continue on record until Sep 2021.

**PERFORMANT FINANCIAL CORP** No phone # available **Date 02/26/18 Reason** Unspecified. This inquiry is scheduled to continue on record until Mar 2020.

# EXHIBIT G

JOHN R DEATHERAGE [Report # 0513-9890-74 for 03/06/20

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 830 7000 **Date: 02/12/20**
EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 506 7894 **Date: 02/12/20**

EXPERIAN PO BOX 2002 ALLEN TX 75013 (888) 397 3742 **Date: 12/09/19; 08/19/19**

# A Summary of Your Rights under the Fair Credit Reporting Act

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**