# EXHIBIT H

 Gmail                                                John Deatherage <jdeatherage02@gmail.com>

## Deatherage v. Experian

**Maria H. Ruiz** <MRuiz@kasowitz.com>                                    Tue, Mar 10, 2020 at 5:32 AM
To: John Deatherage <jdeatherage02@gmail.com>
Cc: "Carabotta, Kimberly A." <kacarabotta@jonesday.com>

Let's plan on speaking on March 12 at 2 p.m. We can use the below dial-in. We are still awaiting additional information from the client and if we can provide you the information you request below before the call, we will certainly do that. A stipulation might make sense if (1) Experian agrees to amend its answer and affirmative defenses and (2) you agree not to file a motion to strike based on that agreement. I propose we discuss that on the call on March 12. In the meantime, in case you have not seen it, the court struck your two notices from the docket. See attached. Separately, can you please provide us your full name, date of birth, and social security number? If you feel more comfortable providing that over the phone, please feel free to call my direct dial at 786-587-1044. Thank you.

## Deatherage v. Experian

**John Deatherage** <jdeatherage02@gmail.com>                            Tue, Mar 10, 2020 at 2:50 PM
To: "Maria H. Ruiz" <MRuiz@kasowitz.com>
Bcc: John Deatherage <jdeatherage02@gmail.com>

Ms. Ruiz,

This is a second attempt to send my email. Seems that I have a problem with my email.
Thanks You for the email response. Although the Court struck the two notices that I filed, my position remains unchanged regarding the substance of those notices, and which will formulate the basis for filing the motion to strike.
Also even though the notices are no longer part of the docket, I sent you the notices via postal mail, so they are still in your possession,and with your client ( if you shared it).
The purpose for our call is for you to voice any objections that you have to the 37 paragraphs that I plan to move the court to strike
and to voice any objections you have regarding the six affirmative defenses, so that I may draft the motion accordingly.
Please consider my requests for our call:
1. I do not consent to the call being recorded.
2. I will not argue the case over the phone ( only via motion on the docket).
Whether or not I will agree to stipulate to not filing the motion to strike upon your purported amended answer to the complaint and affirmative defenses would be determined at the end of our meet and confer.
Lastly, my social security # is private, confidential information, and will not be shared. You already have everything you required to file an appropriate answer within the rules. Neither you, nor your law firm or client has my permission to pull credit file. The request for my social security number is denied.

John

# EXHIBIT I

John Deatherage
706 Palmer St.
Orlando, FL. 32801

Experian Information Solutions Inc.                                    3/19/20
PO Box 2390
Allen, TX, 75013

Certified Mail # 7016 3560 0000 2096 1723

Notice To Respond

To Consumer Info/Eca,

This letter is a follow up to the 3 phone calls I have made to Experian. . On my report # 0513-9800-74 for 3/6/20, there are 2 inquiries from Experian dated 2/12/20. I called Experian twice on 3/12/20 and once on 3/17/20 to get information about these inquiries. Experian informed me that I would have to speak with there in house council. It has now been 1 week without a phone call.

The question is who did Experian let access my credit file on 2/12/20? ( Exibit Enclosed). I am now requesting that information. Please contact me within 48 hours of receipt of this letter.

My phone # is 716 830-0018. Thanks.

John Deatherage

Enclosures:  Copies

Florida Drivers License,  Social Security Card , copy of Credit Report



# EXHIBIT J

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70163560000020961723

Remove ✕

Your item was delivered at 3:57 pm on March 24, 2020 in ALLEN, TX 75013.

## ⊘ Delivered

March 24, 2020 at 3:57 pm
Delivered
ALLEN, TX 75013

Feedback

### Tracking History ⌄

### Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# EXHIBIT K

John Deatherage
706 Palmer St.
Orlando, FL. 32801

Experian Information Solutions Inc.
PO Box 2390
Allen, TX. 75013

4/6/20

Registered Mail# RE 276 091 545 US

## Notice of Violation of 1681 q

To Consumer Info/Eca,

This letter is a **Second Attempt** follow up to the 4 phone calls I have made to Experain. On my report #0513-9800-74 for 3/6/20 there are 2 Inquiries from Experian dated 2/12/20. I called Experian twice on 3/12/20 once on 3/17/20 and once on 3/27/20 to get information about these inquires. Experian informed me that I would have to speak with there in house council. **I have not received a return phone call from Experians legal department.** I also sent Experian a letter via Certified Mail regarding this inquiries. ( Exhibit enclosed).

This is my Final Attempt to get an answer from Experian about these 2 Inquiries. Who did Experian let access my credit file on 2/12/20? If Experian continues to ignore my requests, I will file an amended complaint including a Violation of 1681q. My phone # is 716 830-0118. Please respond to me with in 72 hours of receipt of this letter. Thanks.

John Deatherage

Enclosures: Copies

Florida Drivers License, Social Security Card, Copy of Credit Report,  Letter 3/19/20

| Registered No. RE276091545US | Date Stamp 0807 29 |
|---|---|

| To Be Completed By Post Office | Postage $ $0.55 | Extra Services & Fees (continued) |
|---|---|---|
| | Extra Services & Fees | ☐ Signature Confirmation $ |
| | ☐ Registered Mail $ $12.60 | ☐ Signature Confirmation Restricted Delivery $ |
| | ☐ Return Receipt (hardcopy) $ $0.00 | |
| | ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $13.15 |
| | ☐ Restricted Delivery $ | |
| | Customer Must Declare Full Value $0.00 $ | Received by 04/06/2020 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse) |

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | ORLANDO, FL 32801 John Deatherage 706 Palmer St Orlando, FL 3280 |
|---|---|---|
| | TO | Experian Information Solutions Inc Po ALLEN, TX898013 Allen, Tx 75013 |