UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Orlando Division)
Case Number: 6:20-CV-00156-CEM-GJK

JOHN DEATHERAGE,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

## NOTICE OF PROPOSED ADDITIONAL AVAILABILITY FOR SETTLEMENT

Experian Information Solutions, Inc. ("Experian") advise the Court that the parties have conferred and are mutually available on October 14, 2020; October 21, 2020; or October 22, 2020 for the settlement conference before the Honorable Daniel C. Irick.

Respectfully submitted;

/s/ *Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL  33131
Telephone:  (786) 587-1044
Facsimile:  (305) 675-2601
*Attorney for Defendant*
*Experian Information Solutions, Inc*.

## CERTIFICATE OF SERVICE

**I hereby certify** that on August 3, 2020, that the foregoing document is being served on the Plaintiff via United States mail as listed below:

Mr. John Deatherage
706 Palmer Street
Orlando, FL  32801

/s/ *Maria H. Ruiz*
Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
*Attorney for Defendant*
*Experian Information Solutions, Inc.*