UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN DEATHERAGE,**

      **Plaintiff,**

**v.**                                                              **Case No: 6:20-cv-156-Orl-41GJK**

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

      **Defendant.**

**ORDER**

This case has been referred to the undersigned for a settlement conference. Doc. 23. The undersigned has observed that settlement conferences are often unproductive unless the parties have made a serious effort to settle the case on their own by exchanging demands and offers before the conference. **Accordingly, before arriving at the settlement conference** the parties are to negotiate and make a good faith effort to settle the case without the involvement of the Court as follows:

    1. **On or before October 1, 2020,** Plaintiff shall make a written offer to Defendant, which contains a detailed explanation of the basis for any monetary amount or other type of relief demanded; and

    2. **On or before October 5, 2020**, Defendant shall make a written counter-offer to Plaintiff with an explanation of how it arrived at any monetary amount or other type of relief offered.

In the event the foregoing exchange does not resolve this matter, it is further **ORDERED** that:

**On or before October 8, 2020,** each party shall provide the undersigned with a concise confidential statement of the evidence the party expects to produce at trial and a full outline of the settlement negotiations to date, including a copy of Plaintiff's written offer and Defendant's counter-offer outlined above.  Each party shall e-mail their respective reports to chambers_flmd_Irick@flmd.uscourts.gov.

**<u>All parties and their counsel</u> shall appear before the undersigned for a <u>telephonic</u> settlement conference on October 14, 2020 at 9:00a.m.  At least five minutes before the hearing is scheduled to begin, the parties shall call 1-877-336-1829, and use access code 1180142.**

The representatives attending the settlement conference shall have authority to resolve the case.  Thus, **<u>an individual with full authority to execute any written settlement agreement ultimately reached shall be present during the conference</u>**.  **The failure of any party to appear with such an individual may result in the imposition of sanctions**.  **Should a compromise be reached, the parties will be expected to reduce their agreement to writing at the settlement conference**.

**ORDERED** in Orlando, Florida on August 3, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties