UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Orlando Division)
Case Number: 6:20-CV-00156-CEM-GJK

JOHN DEATHERAGE,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

## NOTICE OF SETTLEMENT

Defendant, Experian Information Solutions, Inc., gives notice that it has reached a settlement with plaintiff. The parties are in the process of finalizing settlement documents.

Respectfully submitted;

/s/ *Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL  33131
Telephone:  (786) 587-1044
Facsimile:  (305) 675-2601
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 9, 2020, that the foregoing document is being served on the Plaintiff via United States mail as listed below:

Mr. John Deatherage
706 Palmer Street
Orlando, FL  32801

/s/ *Maria H. Ruiz*
Maria H. Ruiz
KASOWITZ BENSON TORRES LLP
*Attorney for Defendant*
*Experian Information Solutions, Inc.*